IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTONIO BROWNER,

Plaintiff,

v.

LISA FOUNTAIN, et al.,

Defendants.

CIVIL ACTION NO.: 6:15-cv-91

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Magistrate Judge conducted the requisite frivolity review of Plaintiff's Complaint pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g), and recommended that the Complaint be dismissed for failure to state a claim. (Doc. 10.) After the issuance of the Report and Recommendation, Plaintiff filed a Motion for Voluntary Dismissal Without Prejudice and to Waive the Filing Fee. (Docs. 13, 14.)

Federal Rule of Civil Procedure 41(a) permits a plaintiff to unilaterally dismiss a case before the opposing party serves an answer or a motion for summary judgment. However, a plaintiff's right to dismiss is "[s]ubject to ... any applicable federal statute[.]" Fed. R. Civ. P. 41(a). Consequently, Plaintiff cannot avoid the operation of the PLRA by stipulating to dismissal of his action after the issuance of the Report and Recommendation. See Wilson v.

Freesemann, No. CV407-059, 2007 WL 2083827, at *1 (S.D. Ga. July 13, 2007) ("28 U.S.C. § 1915(a) prevents a prisoner from avoiding a 28 U.S.C. § 1915(g) 'strike' merely by exploiting Rule 41(a) in the face of an adverse Report and Recommendation."). Moreover, the Court afforded Plaintiff an opportunity to voluntarily dismiss his Complaint prior to submitting the *in forma pauperis* forms, thereby avoiding payment of the filing fee and receiving another "strike" under 28 U.S.C. § 1915(g). (Doc. 4, at pp. 2-3.) Plaintiff did not avail himself of that opportunity.

Consequently, the Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DENIES** Plaintiff *in forma pauperis* status on appeal. Moreover, the Court **DENIES** Plaintiff's Motion for Voluntary Dismissal and to Waive the Filing Fee. (Docs. 13, 14.) The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3rd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA