# United States District Court
## Southern District of Georgia

ANTONIO BROWNER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 615-091

LISA FOUNTAIN; BIBB COUNTY SUPERIOR COURTS; COMMISSIONER HOMER BRYSON; WARDEN DOUG WILLIAMS; and STATE BOARD OF PARDONS AND PAROLES,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on February 3, 2016, the Plaintiff's complaint is hereby DISMISSED for failure to state a claim; and this civil action is hereby CLOSED.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is hereby DENIED in forma pauperis status on appeal.

February 3, 2016  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk